DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Gibson<br><br>Case below:<br>167 N.C. App. 372 | No. 013P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-66) | 1. — |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>(03/03/05) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>(03/03/05) |
| State v. Head<br><br>Case below:<br>167 N.C. App. 372 | No. 012P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1307) | 1. — |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>(03/03/05) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>(03/03/05) |
| State v. Hill<br><br>Case below:<br>168 N.C. App. 391 | No. 093P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-867) | Denied<br>(03/03/05) |
| State v. Jarrett<br><br>Case below:<br>167 N.C. App. 336 | No. 034P05 | Def's PWC to Review the Decision of the COA (COA03-1248) | Denied<br>(03/03/05) |
| State v. Larry<br><br>Case below:<br>Forsyth County<br>Superior Court | No. 189A95-3 | 1. Def's PWC to Review the Order of the Superior Court | 1. Denied<br>(03/03/05) |
| | | 2. Def's Alterative Motion to Defer Consideration of the PWC Pending Resolution of Similar Issues in the Direct Appeal of *State v. Walters* | 2. Denied<br>(03/03/05) |
| | | 3. Def's Motion to Defer Consideration of the PWC Pending Resolution of Similar Issues in the Direct Appeal of *State v. Poindexter* | 3. Denied<br>(03/03/05) |
| | | 4. Def's Motion to Supplement PWC | 4. Allowed<br>(03/03/05) |
| State v. Odom<br><br>Case below:<br>166 N.C. App. 761 | No. 549P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-600) | 1. Dismissed<br>ex mero motu<br>(03/03/05) |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied<br>(03/03/05) |
| State v. Patrick<br><br>Case below:<br>167 N.C. App. 657 | No. 061P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-1320) | Denied<br>(03/03/05) |